IN THE COUNTY COURT OF THE
15TH JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION, SMALL CLAIMS RULES

Case No. _____ 2012SC015706 NB

CAROLE A. LITTLE

Plaintiff

vs.

ASSET ACCEPTANCE, LLC
A Delaware Limited Liability Company qualified to do business in The State of Florida

Defendant

_____/

# COMPLAINT

CAROLE A. LITTLE, sues the Defendant ASSET ACCEPTANCE, LLC, and states as follows:

# GENERAL ALLEGATIONS

1.      This is an action for damages in excess of $500 and less than $2,500 exclusive of

punitive damages, attorney's fees and costs.

2.      At all relevant times hereunder, Plaintiff, a resident of Palm Beach County, Sui Juris,

has maintained a mailing address of 10858 Magnolia Street,  Palm Beach Gardens,

33418-3949, Palm Beach County, Florida.



EXHIBIT
A

3.    ASSET ACCEPTANCE, LLC, is a Limited Liability Company existing pursuant to the

state laws of Delaware and maintains a Registered Agent for Service of Process in the

State of Florida, Charlica Vongsalat, 2840 So. Falkenberg Road, Riverview,

Hillsborough County, Florida 33569.

4.    The Defendant is qualified to do business in the State of Florida and is doing business

within the State of Florida.

# FACTUAL BACKGROUND

5.    Plaintiff repeats each and every allegation set forth in Paragraphs One through Four

as if more fully set forth at this point.

6.    On or about July 13, 2012, Plaintiff received from Plaintiff's Counsel in another matter

and Plaintiff was able to review for the first time Plaintiff's credit report as maintained

by Experian.

7.    Upon examination of Plaintiff's credit report as maintained by Experian, Plaintiff

discovered that the Defendant accessed Plaintiff's credit report on or about November

18, 2008, without permission of the Plaintiff, and in direct violation of the Fair Credit

Reporting Act as amended ("FCRA") also known as 15 U.S.C. § 1618 et seq.,

hereinafter referred to a FCRA.

8.    The FCRA has under § 618 a specific limitation for the time in which an action to

enforce any liability created under the FCRA.

9.    § 618 of the FCRA reads in part ". . . . not later than the earlier of (1) 2 years after the

date of discovery by the plaintiff of the violation that is the basis for such liability; or

(2) 5 years after the date on which the violation that is the basis for such liability

occurs."

10.     The action by the Defendant in accessing Plaintiff's credit report is within the 5 year

        period and also within the two year period after discovery.

11.     Plaintiff has not applied to Defendant for credit.

12.     Plaintiff does not maintain an account of any type with Defendant.


# VIOLATION OF THE
# FAIR CREDIT REPORTING ACT ("FCRA")
# 15 U.S.C. § 1681 et seq.


13.     Plaintiff repeats each and every allegation set forth in Paragraphs One through Twelve

        as if more fully set forth at this point.

14.     On or about July 11, 2012, Plaintiff mailed to Defendant and its Managing Officers a

        Notice of Violation of the Fair Credit Reporting Act requesting that Defendant provide

        to Plaintiff specific information as to the Permissible Purpose as provided for under §

        604 of the Act, such notice is attached hereto and incorporated herein as Exhibit "A".

15.     As of the date of the filing of this action Defendant has responded about holding some

        account that it cannot or will not substantiate, such account not being identified by the

        Plaintiff and about which the Plaintiff has no knowledge, a copy of Defendant's reply

and additional correspondence is attached hereto and incorporated herein as Exhibit "B".

16. In direct and intentional violation of the FCRA and without a permissible purpose Defendant did access Plaintiff's credit report on or about November 18, 2008, as maintained by Experian, a redacted copy of the Experian credit report page showing Defendant's access is attached hereto and incorporated herein as Plaintiff's Exhibit "C".

17. Pursuant to § 618 of the FCRA this action may be brought in any court of competent jurisdiction, including, but not limited to a court in the 15th Judicial Circuit of The State of Florida.

18. Pursuant to § 616 (a)(1) (B) of the FCRA the Plaintiff is entitled to the greater of actual damages or $1,000 as a result of the Defendant' accessing the Plaintiff's credit report plus costs of Court and Attorney's fees.

WHEREFORE, the Plaintiff demands judgment against ASSET ACCEPTANCE, LLC as follows:

1. Monetary damages in the amount of $1,000

2. Should counsel be retained by Plaintiff all applicable Attorney fees.

3. All costs of Court.

4. Such other and further relief as the Court deems just in the premise.

Carole A. Little, Plaintiff
10858 Magnolia Street
Palm Beach Gardens, Florida 33418-3949
Tel. 561-346-1313, FAX 561-423-0917

# CAROLE A. LITTLE

### 10858 Magnolia Street
### Palm Beach Gardens, Florida, 33418-3949

July 11, 2012

Asset Acceptance LLC
P. O. Box 1630
Warren, Michigan 48090

## NOTICE OF VIOLATION OF THE
## FAIR CREDIT REPORTING ACT

Be advised that Asset Acceptance LLC accessed my credit report maintained at Experian on November 18, 2008, without a permissible purpose in direct violation of the Fair Credit Reporting Act (hereinafter referred to a "FCRA"), 15 U.S.C § 1681 et seq. This inquiry was just discovered by me and is within the Statute of Limitations period under the FCRA.

I have not applied to Asset Acceptance LLC or any of its subsidiaries or related companies for credit nor do I have an account with Asset Acceptance LLC or any of its subsidiaries or related companies.

Under the provisions of the FCRA § 616, § 617 and § 618 unless you provide to me in writing a document signed by me allowing you to access my credit report by the close of business August 10, 2012 I will cause to be filed an action against Asset Acceptance LLC here in Palm Beach County, Florida for damages as provided for in the FCRA.

Yours truly,

*Carole A. Little*

Carole A. Little

CAL:bhs

cc:   Asset Acceptance LLC
      P. O. Box 2036
      Warren, Michigan 48090

# EXHIBIT "A"
# Two Pages

Asset Acceptance LLC
July 11, 2012
Page Two

Rion B. Needs, Manager
Asset Acceptance LLC
28405 Van Dyke Avenue
Warren, Michigan 48093

Reid E. Simpson, Manager
Asset Acceptance LLC
28405 Van Dyke Avenue
Warren, Michigan 48093

**Asset Acceptance, LLC**

Toll Free (877) 234-3936 Ext 8642
PO Box 2036
Warren, MI 48090

July 25, 2012

CAROLE A LITTLE
10858 MAGNOLIA ST
PALM BEACH GARDENS FL 33418

Re: CITIBANK
Original Creditor Acct # ████████ 4989
Asset Acceptance, LLC Acct.# ███ 0618
Current Balance: $18,957.50

Dear CAROLE A LITTLE

We received your correspondence regarding information reported by a credit reporting agency.

The account referenced above was purchased by Asset Acceptance, LLC ("Asset") on March 05, 2002.
Inquiries made to the credit reporting agencies by Asset Acceptance, LLC are therefore permissible pursuant
to the Fair Credit Reporting Act. Asset Acceptance, LLC furnishes information to the credit reporting agencies
in accordance with the law and allowable reporting periods.

In accordance with your request to cease communication regarding this account, we will initiate no further
contact with you unless requested to do so by you in writing, or as permitted by law.

If you have any questions regarding the above matter, please contact this office.

The Current Balance may vary due to payments and/or the accrual of interest.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

K. Richards
Toll Free (877) 234-3936 Ext 8642
Debt Collector
Asset Acceptance, LLC

# EXHIBIT "B"
# Six Pages

## Asset Acceptance, LLC

Toll Free (877) 234-3936 Ext 8642
PO Box 2036
Warren, MI 48090

July 25, 2012

CAROLE A LITTLE
10858 MAGNOLIA ST
PALM BEACH GARDENS FL 33418

Re: CITIBANK
Original Creditor Acct # ████████4989
Asset Acceptance, LLC Acct # ████0618
Current Balance: $18,957.50

Dear CAROLE A LITTLE

Thank you for your request for further information regarding the above referenced account.

We purchased this account on March 05, 2002. The previous creditor informed us that the account was associated with CAROLE A LITTLE, with a Social Security Number ending in ████████

If you have any questions regarding the above matter or wish to provide us with information regarding the account, please contact this office.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

K. Richards
Toll Free (877) 234-3936 Ext 8642
Debt Collector
Asset Acceptance, LLC

# CAROLE A. LITTLE

### 10858 Magnolia Street
### Palm Beach Gardens, Florida, 33418-3949

July 31, 2012

Asset Acceptance LLC
P. O. Box 2036
Warren, Michigan 48090

ATTN:     K. Richards

Dear Sri/Madam:

I have your two replies to my letter of July 11, 2012 regarding your violation of the Fair Credit Reporting act.

I have no record of the account you list on your correspondence. Nor have I ever had an account with a balance anywhere near $18,957.50.

It appears you have made a major error.

I will give Asset Acceptance LLC until August 31, 2012 to provide to me a copy of the original account application along with account statements to justify the alleged "permissible purpose" in accessing my credit report at Experian.

It is also interesting to note that should the account be valid it would have been subject to Chapter 95.11 of the Florida Statutes and subject to an affirmative defense several years ago. In addition, if Asset Acceptance actually felt this was a valid account with such a substantial balance, Asset Acceptance LLC would have filed an action against me ten years ago. The lack of any action by Asset Acceptance LLC validates that this is not a valid account.

Yours truly,

Carole A. Little

CAL:bhs

# Asset Acceptance, LLC

Toll Free (877) 234-3936 Ext. 8642
PO Box 2036
Warren, MI 48090-2036

August 16, 2012

Re: CITIBANK
Original Creditor Acct #: XXXXXXXXXXXX4989
Asset Acceptance, LLC Acct #: ⬛0618
Current Balance: $19017.78

Dear Carole A Little:

We received your correspondence regarding information reported by a credit reporting agency relating to the above referenced account. We reviewed the information you provided, as well as our account notes, and information provided by the original creditor.

This letter is to inform you we are presently unable to determine the nature of your dispute. We will report your account as "disputed" to the credit reporting agencies.

If you still have reason to believe the information is inaccurate, please provide an explanation of why it is inaccurate, as well as any supporting documentation.

In accordance with your request to cease communication regarding this account, we will initiate no further contact with you unless requested to do so by you in writing, or as permitted by law.

*[Please send further correspondence or documentation to PO Box 1630, Warren, MI 48090-1630]*

The Current Balance may vary due to payments and/or the accrual of interest.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

Sincerely,

K. R. Richards
Toll Free (877) 234-3936 Ext. 8642
Compliance Department
A debt collector and representative of Asset Acceptance, LLC

*Federal law prohibits certain methods of debt collection, and requires that we treat you fairly. You can stop us from contacting you by writing a letter to us that tells us to stop the contact or that you refuse to pay the debt. Sending such a letter does not make the debt go away if you owe it. Once we receive your letter, we may not contact you again, except to let you know that there won't be any more contact or that we intend to take a specific action.*

*If you have a complaint about the way we are collecting this debt, please write to us at PO Box 1658, Warren, MI 48090-1658, email us at consumercomplaints@assetacceptance.com, or call us toll-free at (877) 208-5806 between 9:00 am and 5:00 pm Eastern Standard Time, Monday - Friday.*

*The Federal Trade Commission enforces the Fair Debt Collection Practices Act (FDCPA). If you have a complaint about the way we are collecting your debt, please contact the FTC online at www.ftc.gov; by phone at 1-877-FTC-HELP; or by mail at 600 Pennsylvania Ave., N.W., Washington, D.C. 20580.*

*The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it, and we will not report it to any credit reporting agency.*

***Detach Lower Portion and Return with Payment***

Asset Acceptance, LLC Acct #: ⬛0618
Current Balance: $19017.78

PO Box 2039
Warren MI 48090-2039
ADDRESS SERVICE REQUESTED

August 16, 2012

5280618-OS_0471    853318425
Carole A Little
10858 Magnolia St
Palm Beach Gardens FL 33418-3949

Asset Acceptance, LLC.
PO Box 2036
Warren MI 48090-2036

# CAROLE A. LITTLE

**10858 Magnolia Street**
**Palm Beach Gardens, Florida, 33418-3949**

August 22, 2012

Asset Acceptance LLC
P. O. Box 1630
Warren, Michigan 48090

CERTIFIED MAIL
7010 1870 0002 5000 1523

ATTN:      K. R. Richards

Dear Sir/Madam:

Your letter of August 16, 2012, has been received, copy attached along with copies of previous correspondence.

As yet Asset Acceptance LLC has not complied with the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. § 1692, in substantiating the alleged account with Citibank. Should Asset Acceptance LLC not comply as provided for in the FDCPA I will file a formal complaint with the Federal Trade Commission.

As this account is not mine the accessing of my credit report was done without a permissible purpose and a Complaint will be filed here in Palm Beach County, County Court against Asset Acceptance LLC for damages under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq as amended.

Further, should Asset Acceptance LLC contact me again regarding the alleged Citibank account without having complied with the FDCPA I will consider such contact deliberate harassment and two additional counts will be added to the Complaint, one under Chapter 559 of the Florida Statutes and one under § 806 of the FDCPA.

In addition, in your letter of August 16, 2012, you state in paragraph 2 of your letter that you will be reporting this matter on my Credit Report and reporting it as disputed. Be advised that reporting this on my credit report will be a violation of the FCRA and as such I will add an additional count in the Complaint for damages.

To reiterate:

1.      A Complaint will be filed against Asset Acceptance LLC for violation of § 616 of the FCRA.

Asset Acceptance LLC
August 22, 2012
Page Two

2.    A complaint will be filed with the FTC for violation of the FDCPA as to timely confirmation of the alleged account with Citibank.

3.    Should any further correspondence be received from Asset Acceptance LLC without substantiation of the alleged account at Citibank as provided for under the FDCPA an additional count will be added for harassment under Chapter 559 of the Florida Statutes.

4.    Should any further correspondence be received from Asset Acceptance LLC without substantiation of the alleged account at Citibank as provided for under the FDCPA an additional count will be added for harassment under § 806 of the FDCPA.

5.    Lastly, should any reporting whatsoever be made by Asset Acceptance LLC to any Credit Reporting Agency concerning the alleged Citibank account damages will be sought under an additional count under the FCRA.

Yours truly,

Carole A. Little

CAL:bhs

Experian - Printable Full Report                                    https://annualcreditreport.experian.com/AnnualCreditReport/cac/Ful...

 **Experian**
A world of insight

                                   **X** Close window

### Online Personal Credit Report from Experian for

Experian credit report prepared for                Index:                                    **Print report**
**CAROLE LITTLE**                                  - Contact us
Your report number is                              - Accounts in good standing
**1207-6415-58**                                   - Requests for your credit history
Report date:                                       - Personal information
**08/04/2010**                                     - Important message from Experian
                                                   - Know your rights

Experian collects and organizes information about you and your credit history from public records, your creditors and other
reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health
or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e.,
"Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others
they display only as "Medical Information Provider." Consumer statements included on your report at your request that
contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or
"Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

### Contact us                                                                          back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

### Accounts in Good Standing                                                           back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to
appear on your report for up to ten year.

# EXHIBIT "C"
# Two Pages

Experian - Printable Full Report

https://annualcreditreport.experian.com/AnnualCreditReport/cac/Ful...



## ASSET ACCEPTANCE LLC

**Address:**
PO BOX 1630
WARREN MI 48090
(800) 614-4730

**Date of Request:**
11/18/2008

8/4/2010 10:37 AM

IN THE COUNTY COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA

CASE NUMBER: 20/2SC015706NO
DIVISION: _____

IN RE: THE MATTER OF:

Carole A. Little _____,
        **PLANTIFF**

-VS-

Asset Acceptance, LLC _____,
        **DEFENDANT.**

_____/

## CIVIL COVER SHEET

I. TYPE OF CASE (Place an x in one box only. If the case fits more than one type of case, select most definitive.)

### DOMESTIC RELATIONS

☐ *Simplified dissolution*
☐ *Dissolution*
☐ *Support IV-D*
☐ *Support Non IV-D*
☐ *UIFSA IV-D*
☐ *UIFSA Non IV-D*
☐ *Domestic violence*
☐ *Other domestic relations*

### TORTS

☐ *Professional malpractice*
☐ *Products liability*
☐ *Auto negligence*
☐ *Other negligence*

### OTHER CIVIL

☐ *Contracts*
☐ *Condominium*
☐ *Real property/*
*Mortgage foreclosure*
☐ *Eminent domain*
☐ *Challenge to proposed*
*constitutional amendment*
☐ *Other*
☐ *Eviction*
☒ *Small Claims*

II. IS JURY TRIAL DEMANDED IN COMPLAINT?
☐ Yes
☒ No

III. THIS SECTION SHALL BE COMPLETED BY THE PLANTIFF. PLEASE INDICATE IF
THERE HAS BEEN A PREVIOUS CASE FILED (INVOLVING THE ABOVE STYLED PARTIES
ARISING OUT OF THE SAME OR SIMILAR FACTS) THAT WAS DISMISSED FOR ANY
REASON.

☐ Yes. Please provide the appropriate case number(s) _____.
☒ No

DATE: _August 5, 2012_____
Signature of Attorney or Party initiating action: _____

Revised 09/07

# PROOF OF SERVICE

**County Court**        **County of Palm Beach**        **State of Florida**

Carole A. Little

   Plaintiff

vs.

Asset Acceptance, LLC

   Defendant

Attorney:

Carole A. Little
10858 Magnolia Street
Palm Beach Gardens, FL. 33418

Case Number: 502012SC015706XXXXNB

Court / Appearance Date: 11-13-2012
Court Time: 09:00 am

Legal documents received by Tampa Process Service on September 12th, 2012 at 9:00 AM to be served upon **Charlica Vongsalat, Registered Agent for Asset Acceptance LLC at 2840 South Falkenberg Rd., Riverview, FL. 33569**

I, Thomas E. Santarlas, Ph.D, swear and affirm that on **September 14th, 2012 at 1:20 PM,** I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Notice to Appear for Pre-Trial Conference/Mediation, Complaint and Attachments** to **Jill Gilmore as H/R Manager** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true to the best of my knowledge and belief. No notary is required pursuant to FS 92.525(1)(B).


**Thomas E. Santarlas, Ph.D**
Process Server

**Tampa Process Service**
2305 E. 5th Ave.
Tampa, FL 33605

(813) 662-1450

Internal Job ID: 2012000103

The foregoing instrument was acknowledged before me
on this _____ day of _____, _____,
2012, by _____, who is
personally known to me or who has produced
_____ as identification.

_____        _____
Notary Printed Name          Notary Signature

_____
Commission Expiration Date

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

IN THE COUNTY COURT IN AND FOR PALM BEACH COUNTY, FLORIDA

UNIFORM CASE NO: 502012SC015706XXXXNB
DIVISION: RH
DOCUMENT TRACKING NO: SM-12-105589

CAROLE A LITTLE

PLAINTIFF(S)
-VS-
ASSET ACCEPTANCE LLC

DEFENDANT(S)

## NOTICE TO APPEAR
## FOR PRE-TRIAL CONFERENCE/MEDIATION

### STATE OF FLORIDA - NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**ASSET ACCEPTANCE LLC**

**ALTERNATE ADDRESS:**

SERVE TO: CHARLICA VONGSALAT / RA
2840 S FALKENBERG RD
RIVERVIEW, FL 33569

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the Palm Beach County Courthouse in Courtroom #1, located at 3188 PGA BLVD PALM BEACH GARDENS, FL 33418, on 13-NOV-2012, at 09:00 AM, for a PRETRIAL CONFERENCE before a Judge of this court.

### IMPORTANT - READ CAREFULLY
### THE CASE WILL NOT BE TRIED AT THAT TIME
### DO NOT BRING WITNESSES - APPEAR IN PERSON OR BY ATTORNEY

The defendant(s) must appear in court on the date specified in order to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed for lack of prosecution. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney in the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

A corporation may be represented at any stage of the trial court proceedings by an officer of the corporation or any employee authorized in writing by an officer of the corporation. Written authorization must be brought to the Pretrial Conference.

The purpose of the pretrial conference is to record your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of your witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long it will take to try the case.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and may withhold judgment or execution or levy.

**RIGHT TO VENUE. The law gives the person or company who has sued you the right to file in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A**

proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note is signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any one or more of the defendants sued reside; (6) any location agreed to in a contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where payment is to be made.

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's(s') attorney, if any.

A copy of the statement of claim shall be served with this summons.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above named person.

"IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT DOMINIQUE MARCH, ADA COORDINATOR IN THE ADMINISTRATIVE OFFICE OF THE COURT, PALM BEACH COUNTY COURTHOUSE, 205 NORTH DIXIE HIGHWAY, ROOM 5.2500, WEST PALM BEACH, FLORIDA 33401; TELEPHONE NUMBER (561) 355-4380 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS SUMMONS; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771".

DATED: 06-SEP-2012

Sharon R. Bock,
Clerk & Comptroller

/s/ TINA BLAIR

BY:
DEPUTY CLERK

CC:
CAROLE A LITTLE , 10858 MAGNOLIA ST, PALM BEACH GARDENS, FL 33418

EN EL TRIBUNAL DEL CONDADO, EN Y  DEL CONDADO DE PALM BEACH, FLORIDA

CAUSA  NO: 2012SC015706
DIVISION: -RH
NUMERO DE SEGUIMIENTO DEL DOCUMENTO: SM-12-105589

CAROLE A LITTLE

DEMANDANTE(S),

      vs.
ASSET ACCEPTANCE LLC

DEMANDADO(S)

### NOTICIA PARA COMPARECER
### A CONFERENCIA PREVIA AL JUICIO/MEDIACION

ESTADO DE LA FLORIDA  - NOTIFICACIÓN A LOS DEMANDANTES Y A LOS DEMANDADOS

ASSET ACCEPTANCE LLC

SERVE TO: CHARLICA VONGSALAT / RA
2840 S FALKENBERG RD
RIVERVIEW, FL 33569

DIRECCION ADICIONAL:

SE LE AVISA POR ESTE MEDIO que usted deberá comparecer personalmente o representado por un abogado en la Sala 1 del Tribual del Condado de Palm Beach, ubicado en 3188 PGA BLVD  PALM BEACH GARDENS, FL 33418, el día 13-NOV-2012, a las 09:00 AM, para una CONFERENCIA PREVIA AL JUICIO.

### IMPORTANTE – LEA CUIDADOSAMENTE

**ESTE CASO NO SERA JUZGADO DURANTE LA CONFERENCIA PREVIA AL JUICIO, PERO PUEDE TRATAR DE RESOLVERSE POR MEDIO DE MEDIACION ESE DIA.**

**NO TRAIGA TESTIGOS.  USTED TIENE QUE COMPARECER PERSONALMENTE O SER REPRESENTADO POR UN ABOGADO.**

**LA PERSONA QUE COMPAREZCA EN REPRESENTACION DE UNA DE LAS PARTES, DEBE TENER AUTORIDAD TOTAL PARA NEGOCIAR TODAS LAS CANTIDADES, DESDE UN VALOR DE CERO, HASTA EL MONTO TOTAL DE LA DEMANDA, SIN TENER QUE HACER CONSULTA ALGUNA. EL INCUMPLIMIENTO A LO ESTABLECIDO PUEDE RESULTAR EN LA IMPOSICION DE SANCIONES, INCLUYENDO COSTOS, HONORARIOS DE ABOGADOS, IMPOSICION DE UNA DECISION JUDICIAL O RECHAZO DE LA DEMANDA.**

El demandado(s) deberá(n) comparecer ante el Tribunal en la fecha indicada en la orden para evitar una decisión judicial por no comparecer. El(los) demandante(s) deben comparecer para evitar que su caso sea rechazado por insuficiencia de enjuiciamiento.  Una MOCION por escrito o una CONTESTACION presentada al Tribunal por parte del demandado(s) o demandante(s), no es excusa para que una de las partes o su abogado no comparezca en persona a la CONFERENCIA PREVIA AL JUICIO/MEDIACION.  La fecha y la hora de la CONFERENCIA PREVIA AL JUICIO/MEDIACION, NO PUEDE SER reprogramada sin buena causa y deberá tener aprobación previa del Tribunal.

Una corporación puede ser representada durante cualquiera etapa del proceso judicial del tribunal, por un representante de la corporación o por cualquier empleado con autorización escrita del representante de la

corporación.  La autorización escrita deberá ser llevada a la Conferencia Previa al Juicio/mediación.

El objetivo de la Conferencia previa al Juicio/mediación es el de registrar su comparecencia, para determinar si usted admite toda o parte de la demanda, para así capacitar al Tribunal para que determine la naturaleza de la demanda y para que establezca si tu caso será llevado a juicio en caso de que no sea resuelto en la Conferencia Previa al Juicio. Usted o su abogado deberán estar preparados para consultar con el Tribunal y explicar brevemente la naturaleza de su desacuerdo, indicar qué pasos se han tomado para llegar a un acuerdo, presentar los documentos necesarios para probar la demanda, indicar los nombres y direcciones de sus testigos, estipular a los hechos que no requieran prueba y que agilicen el juicio, y estimar cuánto tiempo tomará resolver el caso.

Si usted admite el reclamo, pero desea tiempo adicional para pagar, usted tiene que venir y explicar las circunstancias.  El Tribunal podrá o no aprobar un plan de pago y podrá abstenerse de emitir una orden judicial de ejecución o embargo.

DERECHO PARA DETERMINAR EN DONDE DEBERA PRESENTARSE SU CASO.  La ley le concede el derecho a la persona o a la compañía que ha sido demandada(o), de presentarse en alguno de los lugares indicados a continuación. Sin embargo, si usted ha sido demandado en algún lugar diferente a los indicados, usted como demandado tiene el derecho de solicitar que su caso sea trasladado al lugar correcto. El lugar apropiado puede ser uno de los siguientes: (1) el lugar en donde el contrato fue ejecutado, (2) si la demanda se origina por nota de pago no asegurada, es en el lugar en donde la nota se originó, o donde vive el otorgante, (3) si la demanda es para recuperar una propiedad o por un remate, el lugar será en donde está ubicada la propiedad, (4) en el lugar en donde ocurrió el evento que dio origen al desacuerdo, (5) en el lugar donde vive uno a varios de los demandados, (6) en cualquier lugar acordado por contrato, (7) en el lugar en donde debe realizarse el pago, cuando se trata de un desacuerdo por dineros adeudados.

Si usted como demandado(s) cree que el demandante(s) no lo ha demandado en el lugar apropiado, usted deberá comparecer ante el Tribunal en la fecha indicada y verbalmente solicitar que se le transfiera el caso o tendrá que registrar una solicitud escrita para la transferencia del caso en forma de affidávit (hecho bajo juramento), dentro de los (7) días anteriores a su primera comparecencia y enviar copia de este documento al demandante(s) o al abogado del demandante(s), si lo hay.

Una copia de la demanda deberá ser entregada oficialmente con esta citación.

" SI USTED ES UNA PERSONA INCAPACITADA, QUE NECESITA AYUDA PARA PODER PARTICIPAR EN ESTE PROCEDIMIENTO, USTED TIENE DERECHO, SIN COSTO ALGUNO, A RECIBIR CIERTA AYUDA. POR FAVOR PÓNGASE EN CONTACTO CON DOMINIQUE MARCH, COORDINADOR DE ADA (AYUDA PARA INCAPACITADOS) EN LA OFICINA DE ADMINISTRACIÓN DEL TRIBUNAL DEL CONDADO DE PALM BEACH, 205 NORTH DIXIE HIGHWAY, SALA 5.2500, WEST PALM BEACH, FLORIDA 33401; NÚMERO DE TELÉFONO (561) 355-4380 DURANTE LOS DOS DÍAS DESPUÉS DE QUE USTED HA RECIBIDO ESTA CITACIÓN. SI USTED TIENE UNA INCAPACIDAD DE AUDICIÓN O DE HABLA, LLAME AL 1-800-955-8771"

FECHADO EN EL CONDADO DE PALM BEACH, FLORIDA, 06-SEP-2012

Sharon R. Bock
Secretaria & Auditora

NAN TRIBINAL KI REGLE TI ZAFE NAN E  POU KOMIN PALM BEACH, FLORID

NIMERO KA: 2012SC015706-
DIVISYON: RH
NIMERO POU JWEN KA-A SM-12-105589

CAROLE A LITTLE

    DEMANDAN,

VS

ASSET ACCEPTANCE LLC

    DAFANDAN.

## AVETISMAN  POU PRESANTE W
## POU YON KONFERANS /MEDIASYON AVAN JIJMAN

ETA FLORID LA - AVETISMAN POU DEMANDAN (YO) AVEK DEFANDAN (YO).

### ASSET ACCEPTANCE LLC

SERVE TO: CHARLICA VONGSALAT / RA
2840 S FALKENBERG RD
RIVERVIEW, FL 33569

YO AVETI- W  KE OU DWE PARET AN PESONN OSWA PA YON AVOKA NAN TRIBINAL KOMINN
PALM BEACH LA NAN SAL 1 NAN ADDRESS SA 3188 PGA BLVD  PALM BEACH GARDENS, FL 33418, A 13-
NOV-2012, NAN 09:00 AM, POU YON KONFEARANS.

## INPÓTAN - LI AVEK ATENSYON.

### KA SAA PAP JIJE PANDAN KONFERANS AVAN JIJMAN AN, MEN NOU KA
### ESEYE REZOUD KA A  NAN MEDIASYON JOU SA A.

### PA MENEN TEMWEN OU DWE PRESANTE TET OU OSWA YON AVOKA KAPAB
### PARET POU OU.

### MOUN KI PARET POU REPRESANTE PATI A DWE GEN TOUT OTORITE POU L
### NEGOSYE MONTAN AN KOMANSE A ZERO POU RIVE A MONTAN TOTAL
### DEMAND LA SAN LI PA OBLIJE KONSILTE AK LOT MOUN. SI OU DESOBYI AK
### REG SA A SA KA PEMET YO PRAN SANKSYON KONT OU. SA KA INKLI FRE ,
### FRE AVOKA, SANKSYON FINANSYEL JIRIDIK. OSWA ANILE DEMAND LA.

Defandan(yo) dwe presante nan tribinal la nan dat yo bali ki nan lod la poul ka evite yon sanksyon jiridik finansyel deske
li pat paret. Demandan (yo) dwe paret nan tribinal pou yo pa kite ka a tonbe. Paske pa t gen ase reclamasyon.  Menm si
demandan an  oswa defandan an ta fe tribinal la yon demand a lekrit sa pap eskise presans nou ni presans avoka a nan
konferans/mediasyon anvan jijman . Ni dat ni le konferans avan jijman an pa ka ranvvoiye san yon bon rezon ak san
tribinal la pat aprouve li davans.

Yon Koporasyon  ka pab  represante pa yon ofisyel ki nan koporasyon nan tout etap pwose a nan tribinal la ,oswa yon
ofisyel koporasyon an ka pab otorize youn nan anplwaye l yo a lekrit pou represante l. yo dwe pote otorizasyon a lekrit sa
a nan konferans/mediasyon anvan jijman. Rezon pou konferans avan jijman an se pou yo sa montre ke w te paret , pou fe

konnen si ke ou

Admet tout oswa yon pati nan reklamasyon an, pou sa pemet tribinal la deside ki jan de ka ke li ye, e pou yo ka plase ka a pou jijman si ka a pa ka rezoud nan konferans avan jijman an. Oumenm oswa avoka w la dwe prepare n pou yon konferans ak tribinal la e poun eksplike tou kout ki jan de dispit ke ou gen yen an , eksplike ki efⴰ ki te fet pou rezoud ka a , montre kinpot dokiman neses⌶ pou pwouve ka a , bay non ak address temwen w yo , dak⊏ ak s⌐tin fⴰ ki ki pap beswen prev e kap fe jijman an ale pli vit, e etime konbyen tan sa ap pran pou jije ka a.

Si ou aksepte reklamasyon an, e ou beswen plis tan pou peye , se pou vinn di yo rezon an. Tribinal la ka pemet oswo pa aksepte ke ou fe  yon plan pou peye , li ka mete yon sanksyon Finansyel jiridik oswa yon anbago.

**Dwa pou detemine ki kote pou presante ka w la. Lwa a bay moun nan oswa konpany ki asiyen w la dwa pou li presante li nan ninpot nan kote ki make sou papye a . Men si yo te asiyen w lot kote apa de kote ki make sou papye a, oumenm kom defanndan gen dwa Mande pou yo voye ka a nan kote ki korek la. Kote apwopriye a ka nan youn nan kote suivan sa yo: (1) kote kontra a te fet la, (2) si asiniasyon an se te yon biye ak yon pwomes san bon garanti , kote biye a te signyen oswa kote moun ki te fe biye a rete. (3) si demand la se pou rekipere pwopriyete a oswa pou poze sele sou pwopriyete a ;(4) kote evenman an te rive ki koz asiniasyon an ; (5) kote youn ou plis nan moun yo asiyin a rete ; (6) Kelke swa kote ki te dako nan kontra a ; (7) nan yon aksyon kote gen lajan ki dwe, si pa gen yon ak☐ nan ki kote pou demand la fet , kote pou peyman an fet.**

**Si oumenm defandan an (yo) pa  kwe ke demandan an te asiyen nan youn nan kote sa yo se pou paret nan tribinal la dat yo ba w la pou mande pou yo transfere ka a , oswa ou ka ekri yon demand nan yon fⴰm atestasyon (deklarasyon ekri sou seman) ak tribinal la 7 jou avan premie randevou tribinal la e voye yon kopi bay demandan (yo) an oswa avoka demandan (yo) si gen yen.**

**Yon kopi asiniasyon an fet pou ofisyelman akonpanye konvokasyon an.**

**"Si ou se yon moun ki gen yon sot de andikape kap beswen sevis espesyal pou ka Patisipe nan pwose sa a , ou gen dwa sa a , li pap koute w ayen pou resevwa s☐ten ed. Tanpri pran kontak ak Dominique March koodinate pou ADA (Ed pou andikape) Ki nan ofis administrasyon tribinal kominn nan  ki nan Palm Beach la , 205 North Dixie Highway, shamb 5.2500 , West Palm Beach , Florida 33401 ; Nimero Telefonn (561) 355- 4380 . L☐ ou resevwa konvokasyon a, Rele pa pli ta ke de (2) jou de travay Si ou gen anpechman pou tande oswa pou pale, rele 1-899- 955-8771" .**