UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81116-CIV-MIDDLEBROOKS/BRANNON

CAROLE A. LITTLE,

    Plaintiff,

vs.

ASSET ACCEPTANCE, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

In accordance with this Court's April 9, 2013, Order (DE 21) granting Defendant's Motion to Dismiss and allowing Plaintiff ten (10) days to file an amended complaint, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** at Chambers in West Palm Beach, Florida, this _10_ day of May, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

1